IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| HEATHERANN M. DOWELL, | ) | |
| | ) | 09- |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Jury Trial Demand |
| MIDLAND CREDIT MANAGEMENT, INC., | ) | |
| a Kansas corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

### PRELIMINARY STATEMENT

1.  This action seeks redress for the illegal practices of defendant in connection with
    the collection of debts.  This Complaint  alleges that defendant violated the Fair
    Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA") entitling
    plaintiff  to relief.

### JURISDICTION

2.  This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (general federal question
    jurisdiction) and 15 U.S.C. § 1692k (Fair Debt Collection Practices Act).

### PARTIES

3.  Plaintiff, Heatherann M. Dowell, is an individual who resides in Coles County,
    Illinois.

4.  Plaintiff is a "consumer" as defined by Section 803(3) of the Fair Debt Collection
    Practices Act, 15 U.S.C. section 1692a(3).

5.  Defendant, Midland Credit Management, Inc.,  is a corporation organized under

the laws of the State of Kansas.

6.    Defendant Midland Credit Management, Inc. is a "debt collector" as defined by Section 803(6) of the Fair Debt Collection Practices Act, 15 U.S.C. section 1692a(6).

7.    At all times relevant to this matter, Defendant Midland Credit Management, Inc. was collecting a consumer debt as defined by Section 803(5) of the Fair Debt Collection Practices Act, 15 U.S.C. 1692a(5).

## FAIR DEBT COLLECTION PRACTICES ACT

8.    In December of 2003, Plaintiff's father, Tony Dowell, gave Plaintiff a Verizon cell phone to use.

9.    Plaintiff did not sign any agreement with Verizon.

10.    On information and belief, Tony Dowell defaulted in his contractual obligations with Verizon.

11.    In the spring of 2004, Verizon attempted to collect $480.00 from Plaintiff.

12.    During the period of Spring 2004 through Winter 2006, Verizon and its debt collectors made numerous attempts to collect the debt from Plaintiff.

13.    On each occasion, Plaintiff informed Verizon and its debt collectors that she did not have a contract with Verizon.

14.    On or about June 26, 2009, Verizon placed the account with Defendant Midland Credit Management, Inc.

15.    On or about June 26, 2009, Defendant Midland Credit Management, Inc. sent a debt collection letter through the United States mail in an attempt to collect the

2

Verizon debt from the Plaintiff.  A copy of the letter is attached hereto and incorporated herein by reference as Exhibit A.

16.  Plaintiff sent a letter to Defendant disputing the debt.  A copy of the letter is attached hereto and incorporated herein by reference as Exhibit B.

17.  Plaintiff once again requested a copy of the contract showing her signature.

18.  On or about August 7, 2009, Defendant sent a second debt collection letter to the Plaintiff.  A copy of the letter is attached hereto and incorporated herein by reference as Exhibit C.

19.  Defendant Midland Credit Management, Inc. violated the FDCPA by continuing to contact the wrong person in an attempt to collect a debt in violation of 15 § U.S.C. 1692d.

20.  Defendant Midland Credit Management, Inc.  violated the FDCPA when it repeatedly contacted Plaintiff in an attempt to collect the debt and repeatedly or continuously with the intent to annoy, abuse, or harass the Plaintiff  in violation of 15 U.S.C. §§ 1692d and 1692d(5).

21.  Defendant Midland Credit Management, Inc. violated the FDCPA when it attempted to collect a debt that the Plaintiff does not owe in violation of  15 U.S.C. §§ 1692e, 1692e(2), 1692e(5), and 1692e(10).

22.  As a result of Defendant's conduct, Plaintiff suffered actual damages.

WHEREFORE, Plaintiff Heatherann M. Dowell requests that the Court enter judgment in her favor  and against Defendant Midland Credit Management, Inc. for: (a) actual and statutory damages;  (b) attorney's fees, litigation expenses and costs; and (c) such other or further relief as

the Court deems appropriate.

HEATHERANN M. DOWELL, Plaintiff

s/ Roy Jackson Dent
Roy Jackson Dent
Bar Number 6255835
Attorney for Plaintiff
BRANKEY & SMITH, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Fax:    (217) 345-6232

Email: rdent@brankeysmithpc.com


Dept. 12421
PO Box 603
Oaks, PA 19456

## Settlement Opportunity

| | |
|---|---|
| Contact Information: | Tel (800) 282-2644 |
| Hours of Operation: | M-Th 6am - 7pm; Fri 6am - 5pm; Sat 6am - Noon PST |
| Current Owner: | Midland Funding LLC |
| Original Creditor: | VERIZON WIRELESS |
| Original Account No.: | 0038078044773200001 |
| MCM Account No.: | 8527023263 |
| Current Balance: | $321.99 |
| Payment Due Date: | 07-26-2009 |

06-26-2009

#BWNHLTH
#0000 0852 7023 2631#
HEATHER AN DOWELL
96 PLUM CT
MATTOON, IL 61938-9267

1651-9286

---

Dear HEATHER AN DOWELL,

You won't want to miss this settlement opportunity offered to you by Midland Credit Management, Inc., servicer of the above-referenced account.

Recognizing that you may have gone through some financial difficulty and have been unable to satisfy your account, we would like to offer you a **positive and flexible option** to resolve your account for 40% off the Current Balance.

**If we receive payment by 07-26-2009 in the amount of $193.19, we will consider the account balance paid in full!**

**CALL NOW!** To take advantage of this opportunity, please contact us **TOLL-FREE at (800) 282-2644** and any of our Account Managers will be able to assist you.

**MAIL!** You may prefer to settle your Current Balance by using the Acceptance Certificate below. Simply detach the form and enclose it with your $193.19 payment in the envelope provided. In order to be sure the payment is received by 07-26-2009, please mail no later than 07-21-2009.

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

Sincerely,
Customer Service Representative

**Pay your bill online and view additional offers- log on to www.mcmpayments.com today!**

---

*Please tear off and return lower portion with payment in envelope provided*

## Acceptance Certificate

HEATHER AN DOWELL
96 PLUM CT
MATTOON, IL 61938-9267

| | |
|---|---|
| MCM Account Number: | 8527023263 |
| Current Balance: | $321.99 |
| **Amount Due:** | **$193.19** |
| Make Check Payable to: | Midland Credit Management, Inc. |
| **Payment Due Date:** | **07-26-2009** |

**EXHIBIT A**

mcm
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060-0578

12 8527023263 1 0019319 072609 9

9266

5G70

PAP-658-A-0

MCM

Midland Credit Management

P.O. Box 60578

Los Angeles, CA 90060-0578


     This letter is written with concern of MCM Account Number 8527023263.  The original Account Number is 0038078044773200001.  It appears the original creditor is Verizon Wireless. I have never had an account with Verizon Wireless and I would like this issue cleared up.  Please send me a copy of the SIGNED verizon wireless contract.  DO NOT contact me again until you send me a copy of the signed countract.

Thank you,


HeatherAnn M. Dowell

96 Plum Court

Mattoon IL. 61938

Home: 217-234-7976


EXHIBIT

tabbies

B



**mcm**  Dept. 12421
PO Box 603
Oaks, PA 19456

|||||||||||||||||||||||||||||||||||||||||||||

## *Settlement Opportunity*

| | |
|---|---|
| Contact Information: | Tel (800) 282-2644 |
| Hours of Operation: | M-Th 6am - 7pm; Fri 6am - 5pm; Sat 6am - Noon PST |
| Current Owner: | Midland Funding LLC |
| Original Creditor: | VERIZON WIRELESS |
| Original Account No.: | 0038078044773200001 |

08-07-2009

#BWNHLTH
#0000 0852 7023 2631#
HEATHER AN DOWELL
96 PLUM CT
MATTOON, IL 61938-9267

1651-8670

| | |
|---|---|
| MCM Account No.: | 8527023263 |
| Current Balance: | $321.99 |
| Payment Due Date: | 09-06-2009 |

---

Dear HEATHER AN DOWELL,

You won't want to miss this settlement opportunity offered to you by Midland Credit Management, Inc., servicer of the above-referenced account.

Recognizing that you may have gone through some financial difficulty and have been unable to satisfy your account, we would like to offer you a **positive and flexible option** to resolve your account for 40% off the Current Balance.

**If we receive payment by 09-06-2009 in the amount of
$193.19, we will consider the account balance paid in full!**

**CALL NOW!** To take advantage of this opportunity, please contact us **TOLL-FREE** at (800) 282-2644 and any of our Account Managers will be able to assist you.

**MAIL!** You may prefer to settle your Current Balance by using the Acceptance Certificate below. Simply detach the form and enclose it with your $193.19 payment in the envelope provided. In order to be sure the payment is received by 09-06-2009, please mail no later than 09-01-2009.

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

Sincerely,

Customer Service Representative

**Pay your bill online and view additional offers- log on to www.mcmpayments.com today!**

---

*Please tear off and return lower portion with payment in envelope provided*

## *Acceptance Certificate*

HEATHER AN DOWELL
96 PLUM CT
MATTOON, IL 61938-9267

| | |
|---|---|
| MCM Account Number: | 8527023263 |
| Current Balance: | $321.99 |
| **Amount Due:** | **$193.19** |
| Make Check Payable to: | Midland Credit Management, Inc. |
| **Payment Due Date:** | **09-06-2009** |


**EXHIBIT**
tabbies
C

**mcm**
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060-0578
|||||||||||||||||||||||||||||||||||||||||||||

12 8527023263 1 0019319 090609 7

8670

5G70

PAP-658-A-0